UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No._____ |
| | ) |
| | ) NOTICE OF INTENT TO Sell Real or |
| | ) Personal Property, Compensate Real Estate |
| | ) Broker, and/or Pay any Secured Creditor's Fees |
| | ) and Costs; Motion for Authority to Sell Property |
| | ) Free and Clear of Liens; and Notice of Hearing |
| | ) [**Note**: Do not use to sell personally identifiable |
| | )  information about individuals!] |
| Debtor(s) | ) |

NOTICE IS GIVEN THAT _____, the _____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f). The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must both: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the date in any "Clerk" stamp above, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401) both: (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1. (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):




4. A copy of the full property description or inventory may be examined or obtained at:


5. The property may be previewed at (include time and place):


6. Other parties to the transaction and their relationship to the debtor are:




7. Gross sales price: $_____. All liens on the property total: $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs. Total sales costs will be: $_____. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

8. The sale    is    is not (**MARK ONE**) of substantially all of the debtor's assets. Terms and conditions of sale:




9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17. [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____       _____
Signature & Relation to Movant

_____
(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

That part of the Henry V. Clymer Donation Land Claim No. 50, in Township 11 South, Range 2 West of the Willamette Meridian, in Linn County, Oregon, described as follows: Beginning on the East line of said claim, North 0°09' East, 477 feet from the Southeast corner of said claim; thence North 0°09' East, 979.25 feet; thence West 2019.92 feet to the centerline of the Santiam Highway; thence South 15°13' East, along the center of said highway to a point that is North 89°55' West from the point of beginning; thence South 89°55' East, 1720.52 feet to the point of beginning. SUBJECT TO the rights of the public in and to that portion of the above property lying within the limits of public roads and highways.

Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-6<br>Case 10-61487-aer12<br>District of Oregon<br>Eugene<br>Wed Sep 22 13:32:06 PDT 2010 | Office of General Counsel<br>1220 SW 3rd Ave #1734<br>Portland, OR 97204-2823 | Oregon State FSA Office<br>7620 SW Mohawk<br>Tualatin, OR 97062-8121 |
| Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 405 E 8th Ave #2600<br>Eugene, OR 97401-2725 | BAC Home Loans Servicing LP fka Countrywide<br>7105 Corporate Drive<br>Mail Stop: TX2-982-03-03<br>Plano, TX 75024-4100 |
| Bank of America - cert. mail<br>c/o Brian Moynihan, President<br>P.O. Box 24245<br>Seattle, WA 98124-0245 | Churchill Leonard LLP<br>435 Commerical St NE<br>Suite 201<br>Salem, OR 97301-3419 | Country Heritage Farms<br>POB 323<br>Dayton, OR 97114-0323 |
| Eric Holder, US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | FSA<br>33630 McFarland Rd<br>Tangent, OR 97389-9627 | Farm Service Agency<br>33630 McFarland Rd<br>Tangent OR 97389-9627 |
| Fisher Implement<br>POB 376<br>Woodburn, OR 97071-0376 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Kelly Green Nursery<br>Drain, OR 97435 |
| ODR<br>Attn: Bankruptcy Unit<br>955 Center St NE<br>Salem, OR 97301-2553 | ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2553 | Pamela J Griffith, US Attorney<br>620 SW Main St, Rm 213<br>Portland, OR 97205-3026 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | US Dept of Agriculture<br>c/o Tom Vilsack, Sec. of Agriculture<br>1400 Independence Ave SW<br>Washington, DC 20250-0003 | US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 |
| Wells Fargo<br>POB 30086<br>Los Angeles, CA 90030-0086 | Wilbur-Ellis Company<br>1101 N Argonne Rd #213<br>Spokane Valley, WA 99212-2699 | James Franklin Antrim<br>POB 280<br>Lebanon, OR 97355-0280 |
| KEITH D KARNES<br>POB 12829<br>SALEM, OR 97309-0829 | Virginia Andrews Burdette<br>Chapter 12 Trustee<br>600 Stewart #620<br>Seattle, WA 98101-1261 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS
Centralized Insolvency Oper.
PO Box 21126
Philadelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BAC Home Loans Servicing, LP        End of Label Matrix
                                       Mailable recipients    25
                                       Bypassed recipients     1
                                       Total                  26
```

**10-61487-aer12** James Franklin Antrim
**Case type:** bk **Chapter:** 12 **Asset:** Yes **Vol:** v **Judge:** Albert E. Radcliffe
**Date filed:** 03/23/2010 **Date of last filing:** 09/09/2010

# Parties

**James Franklin Antrim**
POB 280
Lebanon, OR 97355
SSN / ITIN: xxx-xx-1908
*Added: 03/23/2010*
*(Debtor)*

represented by

**KEITH D KARNES**
POB 12829
SALEM, OR 97309
(503) 362-9393
kkarnes@olsendaines.com
*Assigned: 03/23/10*
*LEAD ATTORNEY*

**BAC Home Loans Servicing, LP**
*Added: 04/23/2010*
*(Creditor)*

represented by

**JAMES K MIERSMA**
13555 SE 36th St., Suite 300
Bellevue, WA 98006
(425) 586-1948
ecfor@rcflegal.com
*Assigned: 04/23/10*

**Virginia Andrews Burdette**
Chapter 12 Trustee
600 Stewart #620
Seattle, WA 98101
206-441-0203
vlaburdette@seanet.com
*Added: 06/01/2010*
*(Trustee)*

**Brian Lynch**
Chapter 12 Trustee
1300 SW 5th Ave Dept12
Portland, OR 97201
(503) 972-6300
c0urtmail@portland13.com
*Added: 03/23/2010*
*TERMINATED: 06/01/2010*
*(Trustee)*

**Office of General Counsel**
1220 SW 3rd Ave #1734
Portland, OR 97204
*Added: 04/22/2010*
*(Interested Party)*

**Oregon State FSA Office**
7620 SW Mohawk
Tualatin, OR 97062-8121

**HOLLY R McLEAN**
1220 SW 3rd Ave #1734
Portland, OR 97204

*Added: 04/22/2010*  
*(Interested Party)*

represented by  (503) 326-3664  
holly.mclean@usda.gov  
*Assigned: 08/12/10*

**TIM SIMMONS**  
405 E 8th Ave #2400  
Eugene, OR 97401  
(541) 465-6740  
tim.simmons@usdoj.gov  
*Assigned: 05/20/10*

**Recovery Management Systems Corp**

25 SE 2nd Avenue, Suite 1120  
Miami, FL 33131  
305-379-7674  
claims@recoverycorp.com  
*Added: 05/05/2010*  
*(Creditor)*

**US Trustee, Eugene**  
405 E 8th Ave #1100  
Eugene, OR 97401-2706  
(541) 465-6330  
USTPRegion18.EG.ECF@usdoj.gov  
*Added: 03/23/2010*  
*(U.S. Trustee)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2010 11:24:26 | | | |
| PACER Login: | eo0004 | Client Code: | |
| Description: | Party List | Search Criteria: | 10-61487-aer12 |
| Billable Pages: | 1 | Cost: | 0.08 |